COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:            01-18-00819-CV

Style:                  Cynthia Johnson v.

                        **v.** Severino Family, LLC

Date motion filed[*]:      December 17, 2018

Type of motion:        Motion to Dismiss

Party filing motion:    Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:              Current Due date:
        Date Requested:

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due:

    ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐**Denied**

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒Other: _____

        **We strike appellant's Motion to Dismiss because said motion is deficient for failing to comply with the Texas Rules of Appellate Procedure.** *See* **TEX. R. APP. P. 9.5(e). The Court will consider a Motion to Dismiss that complies with the certificate of service requirements of the Texas Rules of Appellate Procedure.** *See id.*

Judge's signature:   /s/ Sherry Radack
            ☑     Acting individually      ☐    Acting for the Court

Panel consists of    _____

Date:   __January 15, 2019___